# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Karyn A. Temple*

United States Register of Copyrights and Director

**Registration Number**

**VA 2-160-977**

Effective Date of Registration:
July 25, 2019

Case: 1:20-cv-02455 Document #: 1-2 Filed: 04/22/20 Page 1 of 1 PageID #:35

## Title

- **Title of Work:** Sculpture of happy bee

## Completion/Publication

- **Year of Completion:** 2015
- **Date of 1st Publication:** April 10, 2015
- **Nation of 1st Publication:** United States

## Author

- **Author:** Web Gophers Inc.
- **Author Created:** sculpture
- **Work made for hire:** Yes
- **Citizen of:** United States

## Copyright Claimant

- **Copyright Claimant:** Coolballs International LLC
  1442 YALE AVE, SAINT LOUIS, MO, 63117, United States
- **Transfer statement:** By written agreement

## Certification

- **Name:** Kirby Dewayne Lytle
- **Date:** July 25, 2019